**Edward MAGUIRE, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

**No. 05–3570.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 20, 2006.

Filed: April 25, 2006.

---

Edward Maguire, Lewisburg, PA, pro se.

Monica D. Thomas, Federal Public Defender's Office, Rapid City, SD, for Petitioner–Appellant.

Robert Aaron Mandel, U.S. Attorney's Office, Rapid City, SD, for Respondent–Appellee.

Before LOKEN, Chief Judge, BOWMAN and BYE, Circuit Judges.

---

PER CURIAM.

Edward Maguire filed a 28 U.S.C. § 2255 motion, arguing, among other things, his plea of guilty to the threatened use of a weapon of mass destruction—anthrax—was not knowingly, intelligently, or voluntarily entered. Maguire also argued trial counsel was ineffective because he pressured Maguire into accepting a plea agreement despite Maguire's desire to proceed to trial, and counsel failed to pursue available defenses. The district court [1]

---

1. The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable Marshall P. Young, United States Magistrate Judge for the District of South Dakota.

denied Maguire's motion but issued a certificate of appealability on these issues.

We have reviewed the district court's denial of Maguire's § 2255 motion de novo, *United States v. Craycraft*, 167 F.3d 451, 454 (8th Cir.1999), and, because an extended discussion of his claims would serve no useful precedential purpose, we affirm without further discussion. *See* 8th Cir. R. 47B.